| | | | |
|---|---|---|---|
| McNally v. Capital Cartage, Inc.† | 2015AP002627 | 04–27–2017 | Affirmed |
| State v. Miller | 2015AP002663 CR | 04–06–2017 | Affirmed |
| State v. Jaworski† | 2016AP000005 | 04–18–2017 | Affirmed |
| State v. Matter | 2016AP000145 CR | 04–04–2017 | Affirmed |
| State v. Augoki† | 2016AP000231 CR | 04–25–2017 | Affirmed |
| Samz v. Town of Argonne | 2016AP000267 | 04–11–2017 | Reversed and remanded |
| State v. Donnelly | 2016AP000296 CR | 04–25–2017 | Affirmed |
| State v. Sandifer† | 2016AP000301 through 2016AP000302 | 04–25–2017 | Affirmed |
| State v. King† | 2016AP000319 CR | 04–04–2017 | Affirmed |
| State v. Phonisay | 2016AP000344 CR | 04–04–2017 | Affirmed |
| State v. Brown† | 2016AP000369 CR | 04–11–2017 | Affirmed |
| State v. Howard | 2016AP000425 CR | 04–04–2017 | Affirmed |
| State v. Walker | 2016AP000480 CR | 04–04–2017 | Affirmed |
| State v. Gavin† | 2016AP000487 CR | 04–06–2017 | Affirmed |
| Gray v. Humphreys | 2016AP000584 CR | 04–06–2017 | Affirmed |
| Watson v. Watson | 2016AP000588 | 04–04–2017 | Affirmed |
| State v. McNeal† | 2016AP000633 CR | 04–18–2017 | Affirmed |
| State v. St. Peter | 2016AP000683 CR | 04–18–2017 | Affirmed/ reversed/ remanded |
| Donaldson v. K & R Cross, Inc. | 2016AP000800 | 04–25–2017 | Affirmed |
| Wilmot v. McMaster†††† | 2016AP000865 | 04–26–2017 | Affirmed |
| Menard, Inc. v. Rock River Power Sports, Inc. | 2016AP000921 | 04–06–2017 | Affirmed |
| Bessette v. Bessette | 2016AP001215 | 04–26–2017 | Affirmed |
| State v. Brewer† | 2016AP001322 CR | 04–04–2017 | Affirmed |

† Petition to review filed.